UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc. and Twentieth Century Fox Film Corporation, | Case No. SACV11-1009 JST (MLGx) |
| Plaintiffs, | CONSENT DECREE AND PERMANENT  INJUNCTION |
| v. | |
| Joanne McKay a/k/a Joanne Grace a/k/a Grace McKay, an individual and d/b/a www.vintagefilmbuff.com and Electric Pictures, and Does 1-10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Warner Bros. Entertainment Inc. and Twentieth Century Fox Film Corporation (collectively "Plaintiffs") and Defendant Joanne McKay a/k/a Joanne Grace a/k/a Grace McKay, an individual and d/b/a www.vintagefilmbuff.com and Electric Pictures ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendant, her successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)      Plaintiffs own or control the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products"), in and to a large library of motion pictures, including, but not limited to, the titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as "Plaintiffs' Works").

3)      Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a)     Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

    b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download,

distribute, upload, link to, transmit, or publicly perform any of Plaintiffs' Works; or

    c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiffs of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations

hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.


DATED:  August 30, 2012

_____
Hon. Josephine Staton Tucker
Judge, United States District Court
for the Central District of California

**EXHIBIT A**

**PLAINTIFFS' WORKS**

| Item Title | Registration No. | Rights Owner |
|---|---|---|
| Advice to the Lovelorn | LI-4-373<br>R-270-117 | Twentieth Century Fox Film Corporation |
| Arizona to Broadway | L-3-961<br>R-260-181 | Twentieth Century Fox Film Corporation |
| Back To Nature | L1-6-802<br>R-339-629 | Twentieth Century Fox Film Corporation |
| Be Yourself | LXXC-19-813<br>R-75-299 | Twentieth Century Fox Film Corporation |
| Black Camel, The | L-2-301<br>R-215-878 | Twentieth Century Fox Film Corporation |
| Blood Money | L1-4-308<br>R-270-119 | Twentieth Century Fox Film Corporation |
| Broadway Bad | L-3-667<br>R-255-646 | Twentieth Century Fox Film Corporation |
| Bulldog Drummond Strikes Back | L1-4-771<br>R-295-058 | Twentieth Century Fox Film Corporation |
| Caravan | L1-5-088<br>R-301-390 | Twentieth Century Fox Film Corporation |
| Change Of Heart | 1934: L-4-684<br>R-277-929;<br>1938: L1-8-029<br>R-375-591 | Twentieth Century Fox Film Corporation |
| City Girl | 1930: L1-984<br>R-185-775;<br>1938: L1-7-850<br>R-375-598 | Twentieth Century Fox Film Corporation |
| Connecticut Yankee | L-2-048;<br>R-210-360 | Twentieth Century Fox Film Corporation |
| Devil's in Love | L-4-025<br>R-264-434 | Twentieth Century Fox Film Corporation |
| Down To Earth | L-3-220<br>R-245-710 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Folies Bergère | L1-5-354<br>R-306-388 | Twentieth Century Fox Film Corporation |
| Gallant Lady | L1-4-374<br>R-270-113 | Twentieth Century Fox Film Corporation |
| Great Hotel Murder, The | L1-5-389<br>R-306-393 | Twentieth Century Fox Film Corporation |
| Hello, Sister! | L-3-778<br>R-255-651 | Twentieth Century Fox Film Corporation |
| Here Comes Trouble | L1-6-417<br>R-328-123 | Twentieth Century Fox Film Corporation |
| Hot Pepper | L-3-558<br>R-255-639 | Twentieth Century Fox Film Corporation |
| It Happens Every Spring | L-2-442<br>R-637-156 | Twentieth Century Fox Film Corporation |
| Jimmy And Sally | L-4-294<br>R-270-118 | Twentieth Century Fox Film Corporation |
| Ladies Love Danger | L1-5-564;<br>R-312-488 | Twentieth Century Fox Film Corporation |
| Looking For Trouble | L1-4-651<br>R-277-926 | Twentieth Century Fox Film Corporation |
| Love And Hisses | L1-8-001<br>R-367-481 | Twentieth Century Fox Film Corporation |
| Me and My Gal (1932) | L-3-444<br>R-250-205 | Twentieth Century Fox Film Corporation |
| Midnight Taxi | L1-7-335<br>R-357-027 | Twentieth Century Fox Film Corporation |
| Moulin Rouge | L1-4-432<br>R- 272-263;<br>2001 Film: PA-1-033-100 | Twentieth Century Fox Film Corporation |
| My Marriage | L1-6-144<br>R-328-115 | Twentieth Century Fox Film Corporation |
| Navy Wife | L1-6-187<br>R-324-214 | Twentieth Century Fox Film Corporation |
| People Will Talk | LP-1-242<br>RE-31-467 | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| Pleasure Cruise | L-3-753<br>R-255-649 | Twentieth Century Fox Film Corporation |
| Renegades | L-1-648<br>R-201-142 | Twentieth Century Fox Film Corporation |
| Safety In Numbers | L1-8-296<br>R-391-439 | Twentieth Century Fox Film Corporation |
| Secrets | PA-250-768 | Twentieth Century Fox Film Corporation |
| Sherlock Holmes | L-3-369<br>R-250-201 | Twentieth Century Fox Film Corporation |
| Silent Witness, The | L-2-793<br>R-237-741 | Twentieth Century Fox Film Corporation |
| Six Hours To Live | L-3-371<br>R-250-203 | Twentieth Century Fox Film Corporation |
| Ten Dollar Raise aka $10 Raise | L1-5-451<br>R-312-482 | Twentieth Century Fox Film Corporation |
| Thanks A Million | L1-6-081<br>R-324-212 | Twentieth Century Fox Film Corporation |
| Under Two Flags | LXXC-8-835<br>R-122-216;<br>L1-6-595<br>R-334-812 | Twentieth Century Fox Film Corporation |
| Wake Up And Dream | LP-825<br>R-568-011 | Twentieth Century Fox Film Corporation |
| Wild Company | LXXC-1-382<br>R-195-361 | Twentieth Century Fox Film Corporation |
| Wild Gold | L-4-739<br>R-295-056 | Twentieth Century Fox Film Corporation |
| Your Uncle Dudley | L1-6-046<br>R-324-209 | Twentieth Century Fox Film Corporation |
| Animal World, The 1956 | RE 164-526 | Warner Bros. Entertainment Inc. |
| Born Reckless  (1959) | 1930: LXXC- 1-279;<br>1937: L1- 7-309 | Warner Bros. Entertainment Inc. |
| Charlie's Aunt | R211-976 (1931) | Warner Bros. |

| | | Entertainment Inc. |
|---|---|---|
| George White's 1935 Scandals | R535527 | Warner Bros. Entertainment Inc. |
| Headline Shooter (1933) | R268802 | Warner Bros. Entertainment Inc. |
| I Escaped from the Gestapo | R504691 | Warner Bros. Entertainment Inc. |
| Kentucky Kernels | R 286605 | Warner Bros. Entertainment Inc. |
| Lights Of New York (1928) | R171531 | Warner Bros. Entertainment Inc. |
| Luxury Liner (1948) | R610726 | Warner Bros. Entertainment Inc. |
| Man Who Dared (1939) | R408953 | Warner Bros. Entertainment Inc. |
| Mr Wu (1927) | R144501 | Warner Bros. Entertainment Inc. |
| One Romantic Night | R192229 | Warner Bros. Entertainment Inc. |
| Seven Days Leave | R480067 | Warner Bros. Entertainment Inc. |
| Till We Meet Again | R432332 | Warner Bros. Entertainment Inc. |